UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KIMBERLY REDDICK FRIESE,                )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )              CV622-083
                                        )
KILOLO KIJKAZI, *Acting*                )
*Commissioner of Social Security,*      )
                                        )
            Defendant.                  )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) (doc. no. 14), to which no objections have been filed. Accordingly, the R&R is **ADOPTED** as the opinion of the Court. The Court **REVERSES** and **REMANDS** the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further action consistent with this Order. The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA