AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KIMBERLY REDDICK FRIESE,

        Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 622-083

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's February 29, 2024 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The Court reverses and remands the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further action. This case stands closed.

2/29/2024  
Date



John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020