UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KIMBERLY REDDICK FRIESE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV622-083 |
| | ) |
| MARTIN O'MALLEY, | ) |
| *Commissioner of Social Security,* | ) |
| | ) |
| Defendant. | ) |

ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) (doc. no. 20), to which no objections have been filed. Accordingly, the R&R is ADOPTED as the opinion of the Court, and Plaintiff's Motion for Attorney's Fees is GRANTED. (Doc. no. 18).

Plaintiff is awarded $1,928.91 in attorney's fees under the Equal Access to Justice Act ("EAJA"). Upon the entry of this Order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. If not, the entire award will be remitted to Plaintiff. See <u>Astrue v. Ratliff</u>, 560 U.S 586, 589 (2010). The Government may, in its discretion, accept the Plaintiff's assignment of EAJA fees and pay the away directly to Plaintiff's counsel. (<u>See</u> doc. no. 18 at 2; doc. no. 20 at 5 n.3).

ORDER ENTERED at Augusta, Georgia, this 23rd day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA